# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. 2563    & TITLE - IN RE: Hangtime, Inc., TCPA Litigation

[✓] This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 11.1(d)(i) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 11.1(e) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

[ ] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note**: A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

[ ] This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 11.1. (**Note**: In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

[✓] Support Centralization in    USDC Northern District of California

[ ] Oppose Centralization

[ ] Other

PARTIES REPRESENTED (Indicate party name and whether plaintiff or defendant--attach list if more than one action):

Defendants Hangtime, Inc., and Buc Mobile, Inc. dba Hook Mobile, Inc.

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):

Please find the attached list.

Name and Address of Attorney Designated to Present Oral Argument:

| Patrick S. Thompson | Goodwin Procter LLP | San Francisco | CA |
|---|---|---|---|
| Name | Law Firm | City | State |

Telephone No.: 415-733-6000     Email Address: pthompson@goodwinprocter.com

| 9/15/2014 | Patrick S. Thompson | /s/ Patrick S. Thompson |
|---|---|---|
| Date | Printed Name | Authorized Signature |

JPML Form 9 (1/12)

| SHORT CASE CAPTIONS |
|---|
| Kozlow v. Hangtime, Inc., California Northern District Court (4:14-cv-02249) |
| Goodman v. Hangtime, Inc., Illinois Northern District Court (1:14-cv-01022) |
| Salam v. Hangtime, Inc., Illinois Northern District Court (1:14-cv-01252) |
| Sims v. Hangtime, Inc., Massachusetts District Court (1:14-cv-10427) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2014, I caused the foregoing document to be filed using the United States Judicial Panel on Multidistrict Litigation's CM/ECF System which will send notification of such filing to all counsel of record.

/s/ Patrick S. Thompson